STUYVESANT, Respondent, v. NEW YORK FLOATING DRY-DOCK CO., Appellant.

(Supreme Court, General Term, First Department. February 16, 1894.)

Action by Amelia Stuyvesant against the New York Floating Dry-Dock Company.

Argued before VAN BRUNT, P. J., and O'BRIEN and FOLLETT, JJ.

J. Adriance Bush, for appellant.

Geo. V. N. Baldwin, for respondent.

No opinion. Judgment affirmed, with costs on opinion of referee.

---

WRIGHT, Appellant, v. HASKIN WOOD VULCANIZING CO., Respondent.

(Supreme Court, General Term, First Department. February 16, 1894.)

Action by Robert J. Wright against the Haskin Wood Vulcanizing Company.

Argued before VAN BRUNT, P. J., and O'BRIEN and FOLLETT, JJ.

Douglas A. Levien, for appellant.

Charles J. Hardy, for respondent.

PER CURIAM. There is no appeal from the order denying the motion for a new trial, and, under the settled practice, this brings up for review only exceptions. The exceptions relating to rulings upon evidence, which are three in number, upon examination we do not regard as tenable or in any way affecting the verdict. The only exception, other than those upon questions of evidence, is to the denial of the motion for a new trial, which brings up no question before us for review. The judgment appealed from therefore should be affirmed, with costs.

---

In re ZEREGA'S WILL.

(Supreme Court, General Term, First Department. February 16, 1894.)

Proceeding to revoke probate of the will of Augustus Zerega, deceased.

Argued before VAN BRUNT, P. J., and O'BRIEN and FOLLETT, JJ.

No opinion. Order affirmed, without costs. See 20 N. Y. Supp. 417.

---

AMERICAN EXCH. NAT. BANK, Respondent, v. CHEEVER, Appellant.

(Supreme Court, General Term, First Department. March 16, 1894.)

Action by the American Exchange National Bank against John H. Cheever.

Argued before VAN BRUNT, P. J., and O'BRIEN and FOLLETT, JJ.

J. J. Myers, for appellant.

M. H. Cardoze, for respondent.

No opinion. Judgment affirmed, with costs.

---

CROW et al., Appellants, v. COFFIN et al., Respondents.

(Supreme Court, General Term, First Department. March 16, 1894.)

Action by Moses R. Crow and another against William E. Coffin and others.

Argued before VAN BRUNT, P. J., and FOLLETT and PARKER, JJ.

No opinion. Motion granted, with $10 costs.